**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 97-7583**

———————————————

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

     versus

ASNORALDO VIAFARA, a/k/a Asnoraldo Viafara
Cundumi,

                                    Defendant - Appellant.

———————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-96-86-A, CA-96-1845-AM)

———————————————

Submitted: October 20, 1998        Decided: November 3, 1998

———————————————

Before ERVIN and MOTZ, Circuit Judges, and HALL, Senior Circuit Judge.

———————————————

Dismissed by unpublished per curiam opinion.

———————————————

Asnoraldo Viafara, Appellant Pro Se. Rebeca Hidalgo Bellows, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Viafara</u>, Nos. CR-96-86-A; CA-96-1845-AM (E.D. Va. Sept. 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>